

## NUMBER 13-19-00420-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

JOSEPH TAMEZ,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

**On appeal from the 148th District Court
of Nueces County, Texas.**

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Order Per Curiam**

On May 24, 2021, this Court received a letter from the 148th District Court of Nueces County, Texas, informing this Court that there was a potential issue regarding appellant Joseph Tamez's court appointed representation in this matter.

On its own motion, the Court, having examined and reconsidered the documents on file, hereby abates and remands this cause to the trial court for further proceedings

consistent with this order. Upon remand, the trial court shall determine whether new appellate counsel shall be appointed in this matter. If the trial court determines that new counsel should be appointed, the name, address, email address, telephone number, and state bar number of newly appointed counsel shall be included in the order appointing counsel. If the trial court determines appellant is not entitled to new court-appointed counsel, it shall issue such findings.

The trial court shall further cause its findings and/or order to be included in a supplemental clerk's record to be filed with the Clerk of this Court on or before the expiration of fifteen days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
3rd day of June, 2021.

2